IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN KRAIG CANTRELL,

    Petitioner,                                  No. CIV S-07-1440 GEB KJM P

   vs.

M.S. EVANS,

    Respondent.                          ORDER

_____/

        Petitioner has filed a supplemental petition for a writ of habeas corpus and request for appointment of counsel.

        Once an answer has been filed, a party may amend a pleading only by leave of court or by written consent of the adverse party. See Fed. R. Civ. P. 15(a). An answer was filed on March 20, 2008. Petitioner has filed neither a motion to amend nor a stipulation to amend the petition signed by all parties. Petitioner's supplemental petition will therefore be stricken, and this action will proceed on the amended petition filed October 19, 2007.

        There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does

1

1  not find that the interests of justice would be served by the appointment of counsel at the present
2  time.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1. Petitioner's request for the appointment of counsel (docket no. 19) is denied;
5  and
6          2. Petitioner's supplemental habeas petition (docket no. 19) will be disregarded
7  and no action will be taken on it.
8  DATED: July 9, 2008.

                                                                            U.S. MAGISTRATE JUDGE

11  2/ke
    cant1440.31